IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 10 C 1752 |
| | ) | JUDGE AMY J. ST. EVE |
| PROFESSIONAL DRYWALL & DECORATING, LLC, a foreign limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PROFESSIONAL DRYWALL & DECORATING, LLC, a foreign limited liability company, in the total amount of $12,727.19, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $6,299.75.

On March 22, 2010, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Deanna Dillon, Receptionist) at its place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on April 12, 2010. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 1st day of February 2011:

>Illinois Corporation Service Corp., Registered Agent
>Professional Drywall & Decorating, LLC
>801 Adlai Stevenson Drive
>Springfield, IL 62703
>
>Mr. Frank Zubricki
>Professional Drywall & Decorating, LLC
>7156 W. 127th Street, #287
>Palos Heights, IL 60463

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Professional Drywall\motion for default judgment.cms.df.wpd